IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

APPELLATE DIVISION

| | |
|---|---|
| KELVIN DENNIE, | D.C. Civ. App. No. 2006-0145 |
| Appellant, | Super. Ct. Civ. No. 151/1995 |
| vs. | |
| GOVERNMENT OF THE VIRGIN ISLANDS, V.I. TAXICAB COMMISSION, KEITHLEY JOSEPH (Executive Director), PATRICK GORDON, DAVID BRATHWAITE, SR., CLAIRE ROKER, GEORGE O'REILLY, ROOSEVELT DAVID, (Chairman), JOSEPH GRIFFIN, RUDULPH A. THOMAS, JR., and EVA RICHARDS (Commission Members), | |
| Appellees. | |

On Appeal from the Superior Court of the Virgin Islands
The Honorable Maria M. Cabret, Judge Presiding

Considered: September 24, 2010
Filed: December 19, 2011

**BEFORE:** **CURTIS V. GOMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Senior Sitting Judge, District Court of the Virgin Island; and **ADAM G. CHRISTIAN**, Judge of the Superior Court, Division of St. Thomas, sitting by designation.

**Attorneys:**

**Kelvin B. Dennie,** *pro se*
St. Croix, U.S.V.I.
  For the Appellant,

**Richard Schrader Jr., Esq., AAG**
St. Croix, U.S.V.I.
  For the Appellees.

*Kelvin Dennie v. V.I. Taxicab Commission, et al.*
D.C. Civ. App. No.: 2006-0145
ORDER
Page 2

**Per Curiam.**

---

## ORDER

---

**AND NOW** for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

**ORDERED** that the Superior Court's decision is **AFFIRMED** in part. It is further

**ORDERED** that the Superior Court's decision is **VACATED** in part. It is further

**ORDERED** that this matter is **REMANED with INSTRUCTIONS** for the Superior Court to dismiss this action **WITHOUT PREJUDICE**.

**SO ORDERED** this 19th day of December 2011.

**ATTEST:**

**WILFREDO F. MORALES**
Clerk of the Court

By: [signature]
Deputy Clerk