IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

APPELLATE DIVISION

| | |
|---|---|
| KELVIN DENNIE, | ) D.C. Civ. App. No. 2006-0145 |
| ) | |
| Appellant, ) | Super. Ct. Civ. No. 151/1995 |
| vs. ) | |
| ) | |
| GOVERNMENT OF THE VIRGIN ) | |
| ISLANDS, V.I. TAXICAB ) | |
| COMMISSION, KEITHLEY JOSEPH ) | |
| (Executive Director), PATRICK ) | |
| GORDON, DAVID BRATHWAITE, SR., ) | |
| CLAIRE ROKER, GEORGE O'REILLY, ) | |
| ROOSEVELT DAVID, (Chairman), ) | |
| JOSEPH GRIFFIN, RUDULPH A. ) | |
| THOMAS, JR., and EVA RICHARDS ) | |
| (Commission Members), ) | |
| ) | |
| Appellees. ) | |

On Appeal from the Superior Court of the Virgin Islands
The Honorable Maria M. Cabret, Judge Presiding

Considered: September 24, 2010
Filed: December 19, 2011

**BEFORE:** **CURTIS V. GOMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Senior Sitting Judge, District Court of the Virgin Island; and **ADAM G. CHRISTIAN**, Judge of the Superior Court, Division of St. Thomas, sitting by designation.

**Attorneys:**

**Kelvin B. Dennie,** *pro se*
St. Croix, U.S.V.I.
    For the Appellant,

**Richard Schrader Jr., Esq., AAG**
St. Croix, U.S.V.I.
    For the Appellees.

*Kelvin Dennie v. V.I. Taxicab Commission, et al.*
D.C. Civ. App. No.: 2006-0145
ORDER
Page 2

**Per Curiam.**

---

### ORDER

---

**AND NOW** for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

**ORDERED** that the Superior Court's decision is **AFFIRMED** in part. It is further

**ORDERED** that the Superior Court's decision is **VACATED** in part. It is further

**ORDERED** that this matter is **REMANED with INSTRUCTIONS** for the Superior Court to dismiss this action **WITHOUT PREJUDICE**.

**SO ORDERED** this 19th day of December 2011.

**ATTEST:**

**WILFREDO F. MORALES**
Clerk of the Court
By: [signature]
Deputy Clerk